Clark Ovruchesky, Esq. (SBN: 301844)
co@colawcalifornia.com
LAW OFFICE OF CLARK OVRUCHESKY
750 B. Street, Suite 3300
San Diego, CA 92101
Tel.: (619) 356-8960

Attorney for Plaintiff
Gloria A. Mestayer

Michael A. Mugmon, Esq. (SBN: 251958)
michael.mugmon@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorney for Defendant
Chase Bank USA, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA A. MESTAYER,<br><br>             Plaintiff,<br><br>     -against-<br><br>CAPITAL ONE BANK (USA), N.A., JP MORGAN CHASE BANK, and EQUIFAX INFORMATION SERVICES, INC.,<br><br>             Defendants. | Case No. 3:15-cv-03650<br><br>**VOLUNTARY STIPULATION TO DISMISSAL WITH PREJUDICE AND ORDER**<br><br>Complaint Filed:  August 10, 2015<br>Trial Date:           None |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), it is hereby stipulated by the undersigned parties, by and through counsel, that this Court dismiss with prejudice Plaintiff's civil claim against Defendant Chase Bank USA, N.A. (incorrectly sued

-1-

as JP Morgan Chase Bank), with all parties to bear their own costs and attorneys' fees, and retain jurisdiction over this matter to enforce the settlement agreement between the parties, should any action be required to enforce the settlement agreement following dismissal by this Court.

Dated: October 16, 2015

Respectfully submitted,

| **LAW OFFICE OF CLARK OVRUCHESKY** | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
|---|---|
| /s/  Clark Ovruchesky <br> Clark Ovruchesky <br> *Attorneys for Plaintiff* <br> *Gloria A. Mestayer* | /s/   Michael A. Mugmon <br> Michael A. Mugmon <br> *Attorneys for Defendant* <br> *Chase Bank USA, N.A.* |

ENTERED this 16th day of October, 2015.

_____
Hon. William H. Orrick
UNITED STATES DISTRICT JUDGE