1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

GLORIA A. MESTAYER,

　　　　Plaintiff,

　　　　　　v.

CAPITAL ONE BANK (USA), N.A.,

　　　　Defendant.

Case No.: 15-cv-03650-WHO

**ORDER GRANTING JOINT STIPULATION TO EXTEND PLAINTIFF GLORIA A. MESTAYER'S TIME TO RESPOND TO DEFENDANT CAPITAL ONE'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

**HON. WILLIAM H. ORRICK**

　　　Based upon the Joint Stipulation to Extend Plaintiff Gloria A. Mestayer's Time to Respond to Defendant Capital One's Motion to Dismiss Plaintiff's First Amended Complaint, and good cause appearing, this Court hereby Orders that:

1. The currently scheduled deadline for Plaintiff to file a response to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint of November 30, 2015 is extended until on or before December 10, 2015.

ORDER                                                                    -1-

2.  The currently scheduled deadline for Defendant to file a reply to Plaintiff's response to Defendant's Motion to Dismiss of December 7, 2015 is extended until on or before December 17, 2015.

PURSUANT TO STIPULATION, IT IS SO ORDERED.



Dated: November 30, 2015    _____

HON. JUDGE WILLIAM H. ORRICK

ORDER                                                                    -2-