UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA A. MESTAYER,<br><br>            Plaintiff,<br><br>   v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>            Defendant. | Case No. 15-cv-03650-WHO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Edward M. Chen for consideration of whether the case is related to *Mestayer v. Experian Information Solutions, Inc.*, Case No. 15-03645 EMC.

**IT IS SO ORDERED.**

Dated: December 23, 2015



WILLIAM H. ORRICK
United States District Judge