UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA A. MESTAYER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>　　　　　Defendant. | Case No. 15-cv-03650-EMC<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 85 |

　　　　The parties hereto, by their counsel, having advised the Court that they have agreed,

　　　　**IT IS HEREBY ORDERED** that this related case be dismissed with prejudice. If there are further disputes in need of judicial resolution, the parties shall jointly move to re-open the case.

Dated: September 9, 2016

_____
EDWARD M. CHEN
United States District Judge